JUSTINE HILLEY, Appellant, v JORGE SANABRIA, Defendant, and MICHELLE A. TARTAGLIA et al., Respondents. [784 NYS2d 432]—

Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered December 29, 2003 in a personal injury action. The order, insofar as appealed from,

directed plaintiff's attorney to pay defendants Michelle A. Tartaglia and Anthony F. Tartaglia the sum of $500 to cover the cost of the late cancellation of a medical examination of plaintiff.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Contrary to plaintiff's contention, Supreme Court did not abuse its discretion in ordering plaintiff's attorney to pay defendants Michelle A. Tartaglia and Anthony F. Tartaglia the sum of $500 "to cover the cost of the late cancellation of the prior medical examination" of plaintiff (*see generally* CPLR 3126; *Adams v Deloreto,* 272 AD2d 875 [2000]; *Flynn v Debonis,* 246 AD2d 852, 853 [1998]). The contentions of plaintiff's attorney that the order constituted a sanction under 22 NYCRR 130-1.1 and that the court did not comply with 22 NYCRR 130-1.2 are without merit. Remedies within the court's discretion pursuant to CPLR 3126 are different from remedies pursuant to the regulations (*see* Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3126:11), and here the relief sought was under CPLR article 31. Present— Pigott, Jr., P.J., Pine, Scudder, Kehoe and Lawton, JJ.